STATE OF NEW YORK
COUNTY OF WESTCHESTER          COUNTY COURT
--------------------------------------------------------------
THE PEOPLE OF THE STATE OF NEW YORK,


       - versus -              IND# 70003-81

JEFFERY KOONCE,

                               Defendant.
--------------------------------------------------------------
DECISION                       December 27, 2024
                               Westchester Supreme Court
                               111 Dr. MLK Blvd
                               White Plains, NY 10601




B E F O R E:          HONORABLE JAMES A. McCARTY

                         J.S.C.




APPEARANCES:

          WESTCHESTER COUNTY DISTRICT ATTORNEY
          MIRIAM E. ROACH, ESQ.
          111 Dr. Martin Luther King Blvd.
          White Plains, New York 10601
     BY: TAREK RAHMAN, ESQ.
          Assistant District Attorney

          NEWIRTH LAW, PLLC
          Attorneys for the Defendant
          43 West 43rd Street, Suite 160
          New York, New York 10036
     BY: KAREN A. NEWIRTH, ESQ.

          Jeffery Koonce
          Defendant

                         Nicole Nieto
                         Senior Court Reporter

*People V. Jeffery Koonce*

COURT CLERK:  Good morning, everyone.  Part JM is now in session.  The Honorable James A. McCarty presiding.  Today is Friday December 27, 2024, approximately 11:35 a.m.  This is the case of the People of the State of New York versus Jeffery Koonce, under Indictment Number 70003 of '81.  Let the record reflect that is attached to Legacy Indictment Number 0857 of '81.  The Defendant is present and before the Court.  The Defendant is also being given an assisted hearing device for the matters before Your Honor.  And the attorneys are present.

Are the People ready?

MR. RAHMAN:  People are ready.  Tarek Rahman, T-a-r-e-k, R-a-h-m-a-n, for the People of the State of New York.  Good morning, Judge.

MS. NEWIRTH:  Karen Newirth, N-e-w-i-r-t-h, Newirth Law, 43 West 43rd Street, New York, New York 10036 for Mr. Koonce, who is present.

THE COURT:  Good morning, everyone.  Good morning, Mr. Rahman.  Good morning, Ms. Newirth.  Good morning, Mr. Koonce.

MR. KOONCE:  Good morning.

THE COURT:  This case is on based upon an application by the Defense to vacate his conviction and dismiss the Indictment.  Before we get to the case itself,

*People V. Jeffery Koonce*

there are a handful of requests from members of the media. Members from News Channel 12, Channel 4, Channel 7, Channel 5, News Channel 12 and the Journal News. Did I say Channel 2? Channel 2 as well. All the representatives from the news would like to take audio/video of the proceedings here today.

Mr. Rahman, does the District Attorney's Office have any position?

MR. RAHMAN: No objection, Judge.

THE COURT: Ms. Newirth, does the Defendant have any position with respect to that?

MS. NEWIRTH: Your Honor, no objection.

THE COURT: Very well. The application of the press is granted. They are to focus on the participants, not the spectators in the courtroom. And certainly when you take your cameras outside, you are not to train your cameras on anything outside this courtroom. Understood?

MEDIA REPRESENTATIVES: Understood.

THE COURT: Is everybody set up?

MEDIA REPRESENTATIVES: Yes.

THE COURT: As indicated, this is a motion made in writing by Defendant to vacate his conviction that goes back to the early 1980s. The People join in that application. This Court has reviewed the papers filed by both the Defense and the People. This Court has also

*People V. Jeffery Koonce*

reviewed the record of the trial and the suppression hearing.  And this Court finds that the Defendant is entitled to the relief requested.  In other words, the motion is granted, his conviction is vacated, and the Indictment is dismissed.

I'll give the parties an opportunity to address the Court at the conclusion of this long and lengthy process, beginning with you, Mr. Rahman.

MR. RAHMAN:  Thank you, Judge.  Just briefly I'd like to thank Ms. Newirth and Mr. Koonce for their cooperation in this as well as the Court.  I also want to take a moment to thank, on behalf of the District Attorney, District Attorney Rocah.  I want to thank Ms. Anastasia Heeger as well as Alexandra Keeling who were ADAs during the time of this extensive CRU review as well as the investigators from the CRU team that made this possible.  So thank you.

THE COURT:  Thank you, sir.  Ms. Newirth.

MS. NEWIRTH:  Your Honor, thank you.  Your Honor, Mr. Koonce moved to Westchester like so many people seeking a better life.  And unfortunately that pursuit was derailed when he was arrested and charged with a crime he did not commit.  But today justice has finally caught up with the truth and Mr. Koonce is back in the courtroom where he -- in the courthouse where he was originally

*People V. Jeffery Koonce*

convicted finally having his truth recognized.  It's a momentous day.

And I want to acknowledge too that although this miscarriage of justice interfered with Mr. Koonce's life, it did not derail it.  He married.  He had six children.  All of whom went on to have undergraduate and graduate degrees.  And several of whom went to work for law enforcement and the government and served in the military.  Present with Mr. Koonce today is his son, Dejuan, who retired from the New York State Police after a 20-year career serving two Governors of New York State.

We often say that wrongful convictions don't just harm the person who was wrongly convicted, but also their family, their community, and obviously the trust in our justice system.  We can't go back and fix the injustices of the past, but this day provides some recumbence for Mr. Koonce, his family, and his community, as well as the people of Westchester who can see how justice can be done.  By a District Attorney like DA Rocah and her team in the conviction review unit, including investigators who reinvestigated a very old crime, tracking down witnesses and interviewing them, finding documents that supported Mr. Koonce's claim from day one that he was innocent of this crime.

So we are grateful to the Office of the District

*People V. Jeffery Koonce*

Attorney for their hard work and dedication.  We are grateful to this Court for giving Mr. Koonce the opportunity to return to this courthouse and have this moment.  And I'll let him share his thoughts now.

MR. KOONCE:  First of all, thank you to the Court, especially for the opportunity to represent myself on a conviction that's been on my back for lots and lots of years as well as my family.  I proclaimed my innocence from day one, through everything I still do.  A lot had happened, but in the course of all that has happened and whatnot, I still maintained my forwardness in raising my kids.  Each and every one of them are professionals and they respect the law, which I always respected the law.

Other than that, I feel like a burden has been lifted off my shoulder as far as my character goes and that leads directly to my family because I have some wonderful kids and they had to suffer, whatever it was that society thought of me, which was not true at all, through their whole entire lives.  And this right here is vindication of everything for them, those are the main ones.  And I really appreciate the Court for allowing me this opportunity to speak about this.

THE COURT:  Thank you, Mr. Koonce.  I think that we're here today because of the hard work of so many people who have contributed to this renewed investigation

*People V. Jeffery Koonce*

and has caused us all to come to the conclusion that there was a profound -- how would I call it -- lack of competence in the decision made by the jury in your case. A case in which it's very clear from the record you did maintain your innocence from day one.  So that's why we're here today.  Credit to all the people who worked hard on this case so that justice can be done.  I think -- well, I'll leave it at that.

Anything else, Mr. Rahman?

MR. RAHMAN:  No.  Thank you, Judge.

THE COURT:  Ms. Newirth, you filed some papers with the Court yesterday that we need to address.  Is that in a form -- is that to be considered a written motion in connection with another matter involving Mr. Koonce?

MS. NEWIRTH:  No, Your Honor.  We'll file formal papers in the future on that.

THE COURT:  And when do you anticipate filing those papers?  Should I give you a series of motion dates?

MS. NEWIRTH:  I think sometime after the middle of the January.  So if you want to put it on for February if that's not too far out.

THE COURT:  Well, what we can do is this, why don't you file your papers by January 21st, is that enough time?

MS. NEWIRTH:  Yes, Your Honor.

*People V. Jeffery Koonce*

THE COURT:  And, Mr. Rahman, I'll give you two weeks to file your answer.

MR. RAHMAN:  That's fine, Judge.  Thank you.

THE COURT:  And we'll put the case on in my courtroom for about three weeks thereafter.

MS. NEWIRTH:  Two weeks is February 4th and you said two weeks after?

THE COURT:  Let's make it February 13th, that's a Thursday.

MS. NEWIRTH:  Yes, Your Honor.

MR. RAHMAN:  Fine, Judge.

THE COURT:  Anything else?

MR. RAHMAN:  No.  Thank you.

MS. NEWIRTH:  No, Your Honor.

THE COURT:  That concludes our hearing today. Congratulations.  Good luck to you, Mr. Koonce, you and your family, sir.

MR. KOONCE:  Thank you.

(Whereupon, at 11:45 a.m., the proceedings in the above-entitled matter were concluded.)

Certified to be a true and accurate transcript.

*Nicole Nieto*
_____

Nicole Nieto, Senior Court Reporter