

July 7, 2026

**<u>VIA ECF</u>**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

> Re:    *Koonce v. City of Mount Vernon, et al.*, No. 7:26-cv-02310 (KMK)(VR) —
> Plaintiff's Request to Extend Time to Serve Defendant John Doe 11 (Estate of
> Anthony M. Mosca)

Dear Judge Karas:

We represent Plaintiff Jeffrey Koonce in the above-referenced action. Pursuant to Federal Rule of Civil Procedure 4(m) and Section I.C of the Court's Individual Practices, Plaintiff respectfully requests a ninety-day extension of his time to serve Defendant John Doe 11, sued as the Administrator of the Estate of Anthony M. Mosca, through and including October 4, 2026.

The deadline to serve this defendant under Rule 4(m) was June 18, 2026. This is Plaintiff's first request to extend that deadline, and no prior request has been made or decided. Neither Defendant County nor Defendant City object to Plaintiff's request.

Good cause supports the request. Anthony M. Mosca, who led the Mount Vernon Police Department during the events underlying this action, is deceased and is named only through the administrator of his estate. No administrator has been appointed, and Plaintiff cannot serve the estate until the Surrogate's Court appoints a fiduciary. Plaintiff's counsel has acted diligently to identify one: counsel confirmed Mr. Mosca's death, located and contacted a member of his family in an effort to identify any representative of his estate, and is preparing to seek limited letters of administration in the Surrogate's Court so that service can be effected. Rule 4(m) directs the Court to extend the time for service when the plaintiff shows good cause, and the diligent pursuit of a fiduciary for a deceased defendant's estate establishes it. Even absent good cause, the Court retains discretion to extend the time to serve. *See Zapata v. City of New York*, 502 F.3d 192, 196 (2d Cir. 2007).

No party is prejudiced by the requested extension. The estate is not represented by any appearing defendant, and the extension does not alter any other defendant's deadlines or rights. Plaintiff respectfully requests that the Court extend his time to serve Defendant John Doe 11, as Administrator of the Estate of Anthony M. Mosca, through and including October 4, 2026. We thank the Court for its consideration.

Respectfully submitted,

Karen A. Newirth
Counsel for Plaintiff Jeffrey Koonce

cc:      All counsel of record (via ECF)

**NEWIRTH LINEHAN PLLC**
**99 PARK AVENUE | PH | NEW YORK, NEW YORK 10016**
**(917) 936-5989 | office@newirthlinehan.com | WWW.NEWIRTHLINEHAN.COM**