
**Writer's Direct:** (212) 313-3611
**Writer's Email:** cchadwell@bmmfirm.com

July 30, 2026

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:    Jeffrey Koonce v. City of Mount Vernon, et al.
>        Case No.: 26-cv-02310 (KMK) (VR)

Dear Judge Karas:

This firm represents Defendants City of Mount Vernon, Detective James Garcia, Detective Lieutenant Robert Astorino, and Detective Daniel Salottolo in the above referenced action.

On July 27th, Your Honor issued a directive to respond to Plaintiff's application to amend his complaint to substitute the administrator of James O'Brien's estate. In accordance with that directive, the Mount Vernon Defendants hereby advise that they do not object to Plaintiff's request.

Respectfully submitted,

Barry McTiernan & Moore LLC

*Courtney Chadwell*
Courtney Chadwell, Esq.

cc: All Counsel of Record (via ECF)