UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY KOONCE,

*Plaintiff*,

v.

CITY OF MOUNT VERNON, *et al.*,

*Defendants*.

Case No. 26-CV-2310 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, United States District Judge:

The Court adopts the following briefing schedule: Defendants shall file their Motions to Dismiss by no later than September 18, 2026.  Plaintiff shall file a response by no later than October 30, 2026.  Defendants' replies shall be due by no later than November 13, 2026.

The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances.  If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    August 10, 2026
          White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE