BM &M

**BARRY MCTIERNAN & MOORE**

One Battery Park Plaza – 35th Floor
New York, NY 10004
P: 212-313-3600
F: 212-608-8901

New York, NY | White Plains, NY | Rochester, NY | Roseland, NJ | Philadelphia, PA    WWW.MCTIERNANLAW.COM

**Writer's Direct:** (212) 313-3611
**Writer's Email:** cchadwell@bmmfirm.com

September 2, 2026

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Jeffrey Koonce v. City of Mount Vernon, et al.
Case No.: 26-cv-02310 (KMK) (VR)

Dear Judge Karas:

This firm represents Defendants City of Mount Vernon, Detective James Garcia, Detective Lieutenant Robert Astorino, and Detective Daniel Salottolo in the above referenced action. I write to request a one-week adjustment to the briefing schedule. The current briefing schedule is that all defendants' motions to dismiss are due on September 18th; opposition on October 30th; and all replies on November 13th.

When I recommended a briefing schedule at the last conference, I did not take into consideration that I would be out of state from September 11th through and including September 18th. With all parties' consent, I respectfully request the following amended briefing schedule: September 25th for both sets of defendants to file motions to dismiss; November 6th for Plaintiff's opposition; November 20th for defendants' replies.

This is the first request for an extension of the briefing schedule. Thank you for your consideration of this request.

Granted.

So Ordered.

9/3/26

Respectfully submitted,

Barry McTiernan & Moore LLC

Courtney Chadwell

Courtney Chadwell, Esq.

cc: All Counsel of Record (via ECF)