Case 7:26-cv-02310-KMK Document 56 Filed 09/03/26 Page 1 of 1

**TRAUB** LIEBERMAN

445 Hamilton Avenue | Suite 900 | White Plains, New York 10601
DIRECT (914) 586-7049 | MAIN (914) 347-2600 | FAX (914) 347-8898

J. Patrick Carley, III | Partner | pcarley@tlsslaw.com

September 3, 2026

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *Jeffrey Koonce v. City of Mount Vernon, County of Westchester, et al.*
Case No. 7:26-cv-02310 (KMK)(VR)

Dear Judge Karas:

This firm represents Defendant Christopher J. O'Brien as Executor of the Estate of James O'Brien (the "Estate") in the above-referenced action. We write pursuant to Your Honor's Individual Rule I(C), to request an extension of the Estate's deadline to respond to the Third Amended Complaint (ECF Doc 49), from September 11, 2026 to September 25, 2026. The extension is requested to provide the Estate and its attorneys the opportunity to investigate the allegations and cause of action pled in the Third Amended Complaint. This is the Estate's first request for an extension. Plaintiff's counsel has consented to the request.

Should the Court require any additional information, please do not hesitate to contact the undersigned.

Respectfully Submitted,

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

Granted.

*J. Patrick Carley, III*

So Ordered.

9/4/26

J. Patrick Carley, III

cc: All Counsel of Record (via ECF)