UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X

JEFFREY KOONCE,

Plaintiff,

-against-

CITY OF MOUNT VERNON; COUNTY OF WESTCHESTER; Detective JAMES GARCIA; Detective Lieutenant ROBERT ASTORINO; Detective DANIEL SALOTTOLO; JOHN DOES 1–10; JOHN DOE 11, as Administrator of the Estate of ANTHONY M. MOSCA; JOHN DOE 12, as supervising officer of the MVPD detective unit; and CHRISTOPHER J. O'BRIEN as Executor of the Estate of JAMES H. O'BRIEN;

Defendants.
------------------------------------------------------------------------------X

Case No.:
26-cv-2310 (KMK)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE,** that upon the Declaration of J. Patrick Carley, III dated September 25, 2026, and the exhibits annexed thereto, the accompanying Memorandum of Law dated September 25, 2026, and all the papers and proceedings heretofore had herein, the undersigned on behalf of Defendant County of Westchester will move this Court before the Honorable Kenneth M. Karas in Courtroom 521 of the Federal Courthouse located at 300 Quarropas St., White Plains, New York 10601, on a date and time designated by the Court, for an Order: (i) pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Third Amended Complaint dated August 12, 2026 for failure to state a claim upon which relief can be granted; and (ii) awarding such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to this Court's Order dated September 3, 2026 (ECF Doc. 54), Plaintiff's opposition papers, if any, are to be served on the undersigned counsel on or before November 6, 2026, and Defendant County of Westchester's reply papers, if any, are to be served on or before November 20, 2026.

Dated: White Plains, New York
September 25, 2026

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

By: *J. Patrick Carley, III*
J. Patrick Carley, III, Esq.
445 Hamilton Avenue, Suite 900
White Plains, New York 10601
Telephone: (914) 347-2600
Email: pcarley@tlsslaw.com
*Attorneys for Defendant County of Westchester*

To: Karen A. Newirth, Esq.
Newirth Linehan PLLC
99 Park Avenue, PH
New York, New York 10016
Telephone: (917) 426-5551
Email: karen@newirthlinehan.com
*Attorneys for Plaintiff Jeffrey Koonce*

Cc: Suzanne M. Halbardier, Esq.
Courtney Chadwell, Esq.
Barry McTiernan & Moore
One Battery Park Plaza, 35th Floor
New York, New York 10004
Telephone: (212) 313-3600
Email: SHalbardier@bmmfirm.com
cchadwell@bmmfirm.com
*Attorneys for Defendants City of Mount Vernon, Detective James Garcia, Detective Lieutenant Robert Astorino, and Detective Daniel Salottolo*