UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JEFFREY KOONCE,

Plaintiff,

Case No. 26-cv-02310

-against-

NOTICE OF MOTION

CITY OF MOUNT VERNON; COUNTY OF WESTCHESTER; Detective JAMES GARCIA; Detective Lieutenant ROBERT ASTORINO; Detective DANIEL SALOTTOLO; JOHN DOES 1–10; JOHN DOE 11, as Administrator of the Estate of ANTHONY M. MOSCA; JOHN DOE 12, as supervising officer of the MVPD detective unit; and CHRISTOPHER J. O'BRIEN as Executor of the Estate of JAMES H. O'BRIEN;

Defendants.

-------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the Declaration of Courtney Chadwell dated September 25, 2026, the exhibits annexed thereto, the accompanying Memorandum of Law dated September 25, 2026, and all the papers and proceedings heretofore had herein, the undersigned on behalf of Defendants City of Mount Vernon, Detective James Garcia, Detective Lieutenant Robert Astorino, and Detective Daniel Salottolo will move this Court before the Honorable Kenneth M. Karas in Courtroom 521 of the Federal Courthouse located at 300 Quarropas St., White Plains, New York 10601, on a date and time designated by the Court, for an Order: (i) pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Third Amended Complaint dated August 12, 2026 for untimeliness and failure to state a claim upon which relief can be granted; and (ii) for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that oral argument shall be held on a date and at a time designated by the Court.

Dated: New York, New York
September 25, 2026

COURTNEY CHADWELL

TO: (via ECF) All Counsel of Record