UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JEFFREY KOONCE,

Plaintiff,

Case No. 26-cv-02310

-against-

**DECLARATION**

CITY OF MOUNT VERNON; COUNTY OF WESTCHESTER; Detective JAMES GARCIA; Detective Lieutenant ROBERT ASTORINO; Detective DANIEL SALOTTOLO; JOHN DOES 1–10; JOHN DOE 11, as Administrator of the Estate of ANTHONY M. MOSCA; JOHN DOE 12, as supervising officer of the MVPD detective unit; and CHRISTOPHER J. O'BRIEN as Executor of the Estate of JAMES H. O'BRIEN;

Defendants.

-------------------------------------------------------------------X

Courtney Chadwell, an attorney duly licensed to practice law in the United States District Court for the Southern District of New York, hereby deposes and states the following under penalties of perjury:

1. I am a partner of the law office of BARRY MCTIERNAN & MOORE LLC, attorneys for Defendants City of Mount Vernon, Detective James Garcia, Detective Lieutenant Robert Astorino, and Detective Daniel Salottolo in the above-captioned matter. As such, I am fully familiar with the facts and circumstances of this action.

2. I respectfully submit this Declaration in support of Defendants' pre-answer motion to dismiss. Annexed hereto are true and accurate copies of the following documents:

Exhibit A - Plaintiff's Third Amended Complaint with attached hearing transcript;

Exhibit B – December 23, 2024 Decision and Order of Judge James A. McCarty vacating Plaintiff's conviction.

3. For the reasons stated in the accompanying Memorandum of Law, dismissal of Plaintiff's Third Amended Complaint's Second, Third, Fourth, Fifth, Sixth, Seventh, Tenth, Eleventh, Twelfth, Thirteenth, Fourteenth and Fifteenth Causes of Action is warranted.

Dated: New York, New York
September 25, 2026

Courtney Chadwell