UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

JEFFREY KOONCE,

Plaintiff,

-against-

CITY OF MOUNT VERNON; COUNTY OF WESTCHESTER; Detective JAMES GARCIA; Detective Lieutenant ROBERT ASTORINO; Detective DANIEL SALOTTOLO; JOHN DOES 1–10; JOHN DOE 11, as Administrator of the Estate of ANTHONY M. MOSCA; JOHN DOE 12, as supervising officer of the MVPD detective unit; and CHRISTOPHER J. O'BRIEN as Executor of the Estate of JAMES H. O'BRIEN;

Defendants.

---------------------------------------------------------------------------X

Case No.:
26-cv-2310 (KMK)

**DECLARATION OF J. PATRICK CARLEY, III**
**IN SUPPORT OF DEFENDANT CHRISTOPHER J. O'BRIEN**
**AS EXECUTOR OF THE ESTATE OF JAMES H. O'BRIEN'S**
**MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

J. Patrick Carley, III, an attorney duly admitted to practice before the United States District Court for the Southern District of New York, declares pursuant to 28 U.S.C. §1746:

1. I am a partner with the law firm Traub Lieberman Straus & Shrewsberry, LLP, attorneys for Defendant Christopher J. O'Brien as Executor of the Estate of James H. O'Brien (hereinafter, "the Estate"). I submit this declaration in support of the Estate's motion for an Order: (i) pursuant to Fed. R. Civ. P. 12(b)(6) dismissing with prejudice the Third Amended Complaint dated August 12, 2026; and (ii) for such other and further relief as the Court deems just and proper.

2. A true and accurate copy of the Third Amended Complaint dated August 12, 2026, is annexed hereto as Exhibit "A."

3. A true and accurate copy of the Decision and Order of the Hon. James A. McCarty dated December 23, 2024, and filed December 27, 2024, in *People v. Jeffrey Koonce*, is annexed

hereto as Exhibit “B.”

4. A true and accurate copy of the Decision of the Hon. Henry J. Scudder dated February 16, 1983, in *People v. Jeffrey Koonce*, is annexed hereto as Exhibit “C.”

5. I declare under the penalties of perjury that the foregoing is true and accurate.

Dated: White Plains, New York
November 5, 2026

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

By: *J. Patrick Carley, III*

J. Patrick Carley, III, Esq.
445 Hamilton Avenue, Suite 900
White Plains, New York 10601
Telephone: (914) 347-2600
Email: pcarley@tlsslaw.com
*Attorneys for Defendant Christopher J. O’Brien as Executor of the Estate of James H. O’Brien*